UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62347-CIV-MARRA

VLADIMIR LUKSHA.,

    Plaintiff,

vs.

ALLIANCE CAS, LLC and
THE CAPE AT CORAL BAY VILLAGE
ASSOCIATION, INC.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the court *sua sponte* for review of the court file. This action was filed on November 18, 2020, asserting claims under the Fair Debt Collection Practices Act (FDCPA) and the Florida Consumer Collection Practices Act (FCCPA) [DE 1]. Plaintiff since settled his claims as to Defendant Alliance CAS, LLC, leaving The Cape at Coral Bay Village Association, Inc. as the sole remaining Defendant in the action. [DE 21].

On November 19, 2020, the Court entered its Order requiring counsel to confer within a prescribed time from the service of the complaint or appearance of a defendant for purposes of preparing a joint proposed scheduling order, and to submit the joint proposal to the Court within fourteen days of the conference [DE 4]. Defendant Cape at Coral Bay Village Association filed notice of appearance on December 28, 2020 [DE 11].

To date, the parties to this suit have not submitted a joint scheduling report in accordance with the precepts of that Order and the time for doing so has long since expired.

Under the Court's initial scheduling order, the parties were obligated to participate in the scheduling conference and were charged with "joint responsibility" for a written report of their conference outlining a jointly proposed discovery plan and pretrial procedures.   [DE 4 ¶ 5]. The Order further warned that "[f]ailure of counsel or unrepresented parties to file a discovery plan report or joint scheduling report may result in dismissal, default and the imposition of other sanctions including attorney's fees and costs.   Id at ¶ 6.

It is accordingly **ORDERED AND ADJUDGED**:

1. Within **TEN (10) DAYS** from the date of entry of this Order, Plaintiff shall **SHOW CAUSE**, in writing, why this action against the remaining defendant, The Cape at Coral Bay Village Association Inc., should not be dismissed for failure to comply with the Court's directive on preliminary conference between counsel and the submission of a joint proposed scheduling and discovery report.

2. Failure to respond timely to this Order may result a final order of dismissal without prejudice without further warning from the Court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 13th day of July, 2021.

KENNETH A. MARRA
United States District Judge

cc.   all parties